**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

Steven Pliam, *et al.*,

                          Plaintiffs,          Civ. No. 11-3720 (RHK/JSM)
                                               **ORDER**

v.

Cendant Mortgage Corporation, *et al.,*

                          Defendants.

        Defendants filed a Motion to Dismiss (Doc. No. 2) and an Amended Motion to

Dismiss (Doc. No. 7) the Complaint in this action, and Plaintiffs then filed an Amended

Complaint (Doc. No. 10).   Defendants have now filed a Motion to Dismiss the Amended

Complaint (Doc. No. 11).   Based on the foregoing, **IT IS ORDERED** that Defendants'

Motion to Dismiss (Doc. No. 2) and Amended Motion to Dismiss (Doc. No. 7) are

**DENIED** as moot.   The currently operative pleading is the Amended Complaint and,

accordingly, the only Motion properly before the Court is Defendants' Motion to Dismiss

the Amended Complaint (Doc. No. 11).


Dated: February 27, 2012              s/Richard H. Kyle
                                      RICHARD H. KYLE
                                      United States District Judge